UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IANA RODIONOVA,

Plaintiff,

v.

TURKISH AIRLINES, INC,

Defendant.

Case No.  25-cv-09135-TLT

ORDER TO SHOW CAUSE AND SETTING CASE FOR INITIAL CASE MANAGEMENT CONFERENCE

Re: Dkt. No. 38

On May 1, 2026, Turk Hava Yollari, A.O. dba Turkish Airlines and Turkish Airlines, Inc. (collectively, "Turkish Airlines") filed a Motion to Dismiss Amended Complaint. Pursuant to Civil Local Rule 7-3(a), Plaintiff Iana Rodionova's ("Plaintiff") opposition was due 14 days after the motion was filed, which was May 15, 2026.

To date, Plaintiff has not filed an opposition or statement of non-opposition.  "As a general matter, '[a] district court may properly grant a motion for failure to file an opposition.'" *Rider v. JPMorgan Chase Bank N.A.*, No. 20-CV-06888-LHK, 2021 WL 229308, at *2 (N.D. Cal. Jan. 22, 2021) (citations omitted).  *See* also, Federal Rules of Civil Procedure 41.

## I.    ORDER TO SHOW CAUSE

Accordingly, the Plaintiff is ordered to file a response to this order to show cause no later than May 22, 2026, explaining why the opposition was not timely filed.

Pro se litigants whose names appear on existing cases before this court may register to become ECF users and may file documents electronically without first obtaining a judge's permission.    *See,*https://cand.uscourts.gov/cases-e-filing/cmecf-information/setting-your-cmecf-account .  Parties representing themselves are not required to e-file, but many choose to do so. There are no registration costs and no fees for e-filing. Additional resources may be found at https://cand.uscourts.gov/representing-yourself .

Absent good cause, the hearing on this Order to Show Cause shall be heard during the Initial Case Management Conference.

United States District Court
Northern District of California

## II.   INITIAL CASE MANAGEMENT CONFERENCE

This case shall be set for an Initial Case Management Conference before Judge Thompson on August 6, 2026, via videoconference at 3 p.m.  A joint case management statement is due no later than July 30, 2026.  As a Pro Se litigant, the Plaintiff may file a separate case management statement.   Whichever option is exercised, the case management statements are due no later than July 30, 2026.

The previously set case management conference set for July 6, 2026, before Magistrate Judge Kim (Dkt. 19) is hereby vacated.

IT IS SO ORDERED.

Dated: May 18, 2026

_____
TRINA L. THOMPSON
United States District Judge

United States District Court
Northern District of California

2