UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IANA RODIONOVA,

Plaintiff,

v.

TURKISH AIRLINES, INC,

Defendant.

Case No. 25-cv-09135-SK

**JUDGMENT**

Pursuant to the Court's Order granting the motion to dismiss for lack of personal jurisdiction, judgment is hereby entered in favor of Turkish Airlines, Inc. and Turk Hava Yollari, A.O. dba Turkish Airlines and against Plaintiff Iana Rodionova.

**IT IS SO ORDERED**.

Dated: July 16, 2026

SALLIE KIM
United States Magistrate Judge

United States District Court
Northern District of California